UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMBRIA R. JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　　　Defendant. | No. 3:14-cv-05879-BHS<br><br>ORDER GRANTING DEFENDANT'S STIPULATED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING |

The Court having reviewed Defendant Ocwen Loan Servicing, LLC's Stipulated Motion for Enlargement of Time to File a Responsive Pleading, and good cause appearing for the same, it is hereby ORDERED:

Defendant Ocwen Loan Servicing, LLC shall serve a responsive pleading to Plaintiff's Complaint on or before December 11, 2014.

IT IS SO ORDERED.

Dated this 12th day of November 2014.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　United States District Judge

Presented by:
**HOUSER & ALLISON, APC**

/s/　　Emilie K. Edling
Emilie K. Edling, WSBA No. 45042
6900 SW Oak St., Suite 570
Portland, OR 97223
*Attorneys for Defendant Ocwen Loan Servicing, LLC*

ORDER GRANTING STIPULATED MOTION - 1
Case No. 3:14-cv-05879-BHS

HOUSER & ALLISON, APC
9600 SW Oak St., Suite 570
Portland, OR 97223
P: (503) 914-1382
F: (503) 914-1383